Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

FEB 3 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Scott Francis Kempker

_____

*Your full name*
Warden Entzel
officer Simpson
officer wadlow
officer Rodriquez
v. Four unknown officers
who work for the ~~BOP~~.
"Bureau of Prisons" And
Officer william Fabery
Nurse Amy Armell
matthew mellady Regional counsel mid-Atlantic Region
~~Ian Connors~~ ~~Administrator~~ National inmate Appeals
~~Michael~~ ~~O. Green~~ Regional counsel
2 unknown Administration coordinators
Emmanuel Adams MD
_____

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS
COMMPLAINT
(*BIVENS* ACTION)**

Civil Action No.: __5:21 CV19__

*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Scott Kempker    Inmate No.: 18040-030
Address: F.C.I Hazelton  P.O. Box 5000
Bruceton mills, WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

---

*United States District Court*　　　　　　　7　　　　　　　*Northern District of West Virginia-2013*

**Attachment A**

B.     Name of Defendant: Unknown officer
Position: Bureau of Prisons officer at Hazelton F.C.I
Place of Employment: F.C.I Hazelton
Address: P.O Box 5000 Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☒ Yes          ☐ No

If your answer is "YES," briefly explain: was working a B.O.P Hazelton
officer and shot me repeatedly with
a Pepperball Gun. During a cell extraction
on duty officer. Also supervisor in SHU for my
Restraint check Lt. Rodriguez I believe

B.1    Name of Defendant: Unknown officer
Position: Bureau of Prisons officer at Hazelton F.C.I
Place of Employment: F.C.I Hazelton
Address: P.O. Box 5000 Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☒ Yes          ☐ No

If your answer is "YES," briefly explain: He was working as
a B.O.P officer Assisting in cell extraction
on Duty officer Also In charge of
Reβieuing and Return of Property
I Believe is officer Simpson

B.2    Name of Defendant: unknown officer
Position: Bureau of Prisons officer at F.C.I Hazelton
Place of Employment: F.C.I Hazelton
Address: P.O Box 5000 Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☒ Yes          ☐ No

**Attachment A**

If your answer is "YES," briefly explain: Working as a BOP officer At Hazelton Doing cell extraction and who Placed Handcuffs and Belly chains and Shackels on Duty officer

B.3    Name of Defendant: William Fabery
Position: Special housing unit officer
Place of Employment: F.C.I Hazelton
Address: P.O. Box 5000 Bruceton Mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: This special housing unit officer was in charge of doing Restraint checks

B.4    Name of Defendant: Warden Entzal
Position: warden
Place of Employment: F.C.I Hazelton
Address: P.O. Box 5000 Bruceton mills WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: In charge of Investigation into my Personal Injury Tort claim I filed with Regional office

**Attachment A**

B.5   Name of Defendant: Amy Armell/unknown Dr
Position: Health Services Staff
Place of Employment: F.C.I. Hazelton
Address: P.O. Box 5000 Brucetion mills WV 26505

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Amy was in charge
of my initial exam as well as Requesting medical
treatment. Also was in the SHU to examine
my wrist the first time I pressed emergency Button

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: F.C.I Hazelton

A.   Is this where the events concerning your complaint took place?
☑ Yes        ☐ No

If you answered "NO," where did the events occur?

B.   Is there a prisoner grievance procedure in the institution
where the events occurred?   ☑ Yes        ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☑ Yes        ☐ No

D.   If your answer is "NO," explain why not: _____

E.   If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

**Attachment A**

8.    Approximate date of disposition. Attach Copies: _I asked for extention_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☒ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.  _P.R.E.A_
_Filed A P.R.EA. report.  I sent a Sensitive 10 to regional office and Filed Personal Injury Tort claim  Filed Administrative Remedy to get False Fight Report Dropped.  Also wrote Senator chuck Grassely.  my Iowa Senator_

E.    Did you exhaust available administrative remedies?
        ☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.
_I wrote F.O.I.A to get copy of P.R.E.A report  They didn't have a record of it.  Personal Injury claim with Regional office was denyed  And Administrative Remedy was also denyed_

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _I filed my Grievance with P.R.E.A_

LEVEL 2 _Filed Personal Injury Tort claim with Regional_

LEVEL 3 _Filed paperwork to get false report dropped._

IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☒ Yes        ☐ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _Scott Kempker_

Defendant(s): _United States of America_

2.   Court: _U.S. district court Northern District. WV Clarksberg_
     *(If federal court, name the district; if state court, name the county)*

3.   Case Number: _1:19 cv 198_

4.   Basic Claim Made/Issues Raised: _Personal Injury Due to excesive force and Negligence by staff and Administration in Handling my Issues, claim, medical ect._

5.   Name of Judge(s) to whom case was assigned: _Judge Kleeh_

6.   Disposition: _Pending_
     *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing lawsuit: _10-25-2019 ?_

**Attachment A**

Plaintiff(s): Scott Kempker

Defendant(s): United States of America

2. Name and location of court and case number:
US district court Northern District West virginia Clarksberg WV 26505

3. Grounds for dismissal: ☐ frivolous   ☐ malicious
☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: 10-25-19

5. Approximate date of disposition: Pending

## V.   STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case.  Describe what _each_ defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5)TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: See Attachment #/

Supporting Facts: On Attachment #1 continue

**Attachment A**

CLAIM 2: See Attachment #2

Supporting Facts: On Attachment 2 continued

CLAIM 3: See Attachment #3

Supporting Facts: On Attachment 2ee #3 continued

CLAIM 4: See Attachment #4

Supporting Facts: On Attachment Continued

CLAIM 5: _See Attachment #5_

Supporting Facts: _On Attachment #5 continued_

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I have suffered nerve damage to Top of both hands from Handcuffs. Damage to Left side ribs and belly chain Marks on right side chemical burns to wrists and at the site of belly Chain Physical Assault Sexual Assault. Psycological damage Pain and Suffering officer Neglagence

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

I would ask court to Grant Monitary damages in the amount of Three million dollars. My Report To be dissmissed and security points dropped as well as disiplinary action agianst Staff involved Compensation in the amount of 3,000,000.00

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at F.C.I Hazelton     on 2/1/2021     .
      (Location)                   (Date)

Scott Hemphen
Your Signature